**Order filed January 2, 2013**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-12-01076-CV

_____

### In the Interest of M.L.B., a Child

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-54208**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue  Appellant's brief was due **December 31, 2012.**  No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM